# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL AGUIAR** | ) | |
| **1499 MASSACHUSSETS AVENUE, NW** | ) | |
| **APARTMENT 317** | ) | |
| **WASHINGTON, D.C. 20005** | ) | |
|  | ) | **Civil No. _____** |
| **Plaintiff,** | ) | |
|  | ) | |
| **v.** | ) | |
|  | ) | **NOTICE OF REMOVAL** |
| **MORGAN STANLEY, LLC,**[1] | ) | |
| **2000 WESTCHESTER AVENUE** | ) | |
| **PURCHASE, NY 10577-2530** | ) | |
|  | ) | |
| **Defendant.** | ) | |
|  | ) | |

PLEASE TAKE NOTICE that Defendant Morgan Stanley Smith Barney, ("MSSB") ("incorrectly named as "Morgan Stanley LLC") through its undersigned attorneys and pursuant to 28 U.S.C. §§ 1441 & 1446, files this Notice of Removal and hereby removes this case from the D. C. Superior court (State Case No. 18-0007979) (the "State Court Action") to the United States District Court for the District of Columbia, and in support of this removal states as follows:

1.      This is an action in which the Plaintiff and the Defendant are citizens of different states.

2.      Plaintiff is a citizen of the District of Columbia.

3.      MSSB LLC is a limited liability company whose sole member is Morgan Stanley Smith Barney Holdings LLC ("MSSB Holdings LLC").  MSSB Holdings LLC is a limited liability company owned, by Morgan Stanley.  Morgan Stanley is a citizen of the state New York.

---

[1] Plaintiff has incorrectly named Morgan Stanley, LLC as the defendant.  Morgan Stanley Smith Barney, LLC is the proper party in this action.

4.     The amount in controversy in this action, as alleged by Plaintiff, is in excess of $75,000.00.

5.     This Court has, and at the time of the filing of the State Court Action had, original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

6.     A copy of the following documents filed in the State Court Action and received by Defendant thus far are attached hereto:  Plaintiff's Complaint and attachments (Exhibit 1). Initial Order and Addendum (Exhibit 2).

7.     Plaintiff filed the State Court Action on November 14, 2018; Defendant received notice of the State Court action on November 23, 2018.  (See Exhibit 1, p. 2)

8.     Defendant hereby reserves all defenses which it may be able to assert or as to which it is otherwise entitled to as a matter of law, and does not waive any such defenses.

WHEREFORE, Defendant hereby gives notice that State Court Case No. 18-0007979 pending in the D.C. Superior Court, is hereby removed to this Court.

*Respectfully submitted,*

/s/ Gilbert W. Boyce,
Gilbert W. Boyce, Esq.
Fed. Bar #416779
Jennifer M. Blunt, Esq.
Fed. Bar #470443
KUTAK ROCK LLP
1625 Eye Street, Suite 800
Washington, DC  20006
Phone: (202) 828-2400
Fax: (202) 828-2488

*Attorneys for Defendant*
gilbert.boyce@kutakrock.com
jennifer.blunt@kutakrock.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of December, I caused the foregoing to be served by

first class mail the Plaintiff:


MICHAEL AGUIAR
1499 MASSACHUSSETS AVENUE, NW
APARMENT 317
WASHINGTON, D.C. 20005


_____

Jennifer M. Blunt

4819-0246-8484.1

EXHIBIT 1



1032 15th Street
Washington DC 20005

CERTIFIED MAIL

7018 2290 0002 3270 2164

U.S. POSTAGE PAID
PSM US SDU
WASHINGTON, DC
20005
DEC 1, 18
AMOUNT
$7.41
R2303810241845

Morgan Stanley LLC
1585 Broadway Avenue
New York, NY 10036



FROM: MICHAEL AGUIAR
PIECE ID: 999001851535T
TRK#: 7518123005327021214
RCVD:         1520
11/23/2018
TO:
PH:   +1 212 537-2939
BDG: NY-1633
EmpID:31CRR
COST#: 5L05
PCS: 1
SITE: 1 NY-180V
CLERK: b/utuslo
STATUS: RE-ROUTE

( E )   Law, Erin, J
SEAT: 06K02
FLR:   26
BLDG: NY-1633

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Morgan Stanley_

Michael Aguilar _____ Plaintiff

vs.

Morgan Stanley LLC

_____ Defendant

Case Number  18 - 0 0 0 7 9 7 9

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Michael Aguilar
Name of Plaintiff's Attorney

1499 Massachusetts Ave NW apt 307
Address

Washington DC 20005

202-362-0052
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date  11-14-18

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주세요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828     ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]     Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Morgan Stanley X
Michael Aguer                                    Plaintiff

vs.

Morgan Stanley LLC
                                                 Defendant

Case Number **18 - 0 0 0 7 9 7 9**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Michael Aguer
Name of Plaintiff's Attorney

1499 Massachusetts Ave Nw apt 307
Address
Washington DC 20005

202-723-0052
Telephone

*Clerk of the Court*

By

Deputy Clerk

Date **11-14-18**

如需翻译, 请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오      የአማርኛ ትርጉም አስፈላጊ ከሆነ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Michael Aguu nn
1485 Massachusetts Ave Apt 30"                    4
Washington DC 20008

Plaintiff

**FILED**
**CIVIL ACTIONS BRANCH**
**NOV 14 2018**
Superior Court
of the District of Columbia
Washington, D.C.

CIVIL ACTION No. _____

18 - 0 0 0 7 9 7 9

*vs.*

Morgan Stanley LLC
1585 Broadway Avenue
New York, NY 10036

*Defendants*

### COMPLAINT

1.  **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

Morgan Stanley LLC in Rhode Island and Boston engaged in
violating federal law in regards to my retirement account
Including locking up my Access in my retirement is owed
over 200,000 dollars and it was stated that it was paid out
or a wire Transfer but was potentially not. The Firm violated
A client agreement allowing Access From Cindy Garrett a
vice president of a Grocery Company in Massachusetts, & others.

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** 200,000
**with interest and costs.**

**Phone:** 202-803-0052

**DISTRICT OF COLUMBIA, ss**

Michael Aguur _____, **being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.**

Michael Aguur
(Plaintiff                                                    Agent)

**Subscribed and sworn to before me this** 13 **day of** November **20** 18.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00



# Morgan Stanley

**CLIENT STATEMENT** | For the Period June 1-30, 2017

## Consolidated Summary

### CHANGE IN VALUE OF YOUR ACCOUNTS (includes accrued interest)

| | This Period (6/1/17–6/30/17) | This Year (1/1/17–6/30/17) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $270,216.85 | — |
| Credits | 16.41 | 235,978.15 |
| Debits | (11,417.80) | (12,607.35) |
| Security Transfers | | 26,263.16 |
| Net Credits/Debits/Transfers | $(11,401.39) | $249,633.96 |
| **Change in Value** | 2,063.57 | 11,245.07 |
| **TOTAL ENDING VALUE** | $260,217.03 | $260,217.03 |

*Net Credits / Debits include investment advisory fees as applicable. See Activity section for details.*

### MARKET VALUE OVER TIME

The below chart displays the most recent thirteen months of Market Value.

*($) thousands*

290
270
250
230
210

MAR  APR  MAY  JUN
2017

*This chart does not reflect corrections to Market Value made subsequent to the dates depicted. It may exclude transactions in Annuities or positions where we are not the custodian, which could be below the minimum balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

| | Market Value | Percentage |
|---|---|---|
| Cash | | |
| Equities | | |
| Fixed Income & Preferreds | | |
| **TOTAL VALUE** | | |

*FDIC rules apply to Bank Deposits as eligible for FDIC insurance coverage, and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures.*

| CONSOLIDATED SUMMARY | PERSONAL ACCOUNTS | RETIREMENT ACCOUNTS | EDUCATION ACCOUNTS | TRUST ACCOUNTS | BUSINESS ACCOUNTS |
|---|---|---|---|---|---|

# Morgan Stanley

CLIENT STATEMENT | For the Period June 1-30, 2017

## Consolidated Summary

### BALANCE SHEET (* includes accrued interest)

| | Last Period (as of 5/31/17) | This Period (as of 6/30/17) |
|---|---|---|
| Cash, BDP, MMFs | $7,080.67 | $5,547.38 |
| Stocks | 121,681.49 | 113,244.22 |
| ETFs & CEFs | 47,942.32 | 48,018.82 |
| Mutual Funds | 93,512.37 | 94,202.68 |
| Total Assets | $270,216.85 | $260,879.03 |
| | | |
| **TOTAL VALUE** | **$270,216.85** | **$260,879.03** |

### CASH FLOW

| | This Period (6/1/17-6/30/17) | This Year (1/1/17-6/30/17) |
|---|---|---|
| OPENING CASH, BDP, MMFs | $7,080.67 | — |
| Purchases | (2,405.36) | (235,728.62) |
| Sales and Redemptions | 11,258.87 | 16,455.96 |
| Reinvested Checks | 1.xx | |
| Total Investment Related | | |
| Checks Deposited | 16.41 | 233,650.66 |
| Electronic Transfers-Credits | — | 2,327.49 |
| Electronic Transfers-Debits | (11,408.72) | (11,583.72) |
| Other Debits | (9.08) | (1,093.63) |
| Net Cash | | |
| CLOSING CASH, BDP, MMFs | $5,547.38 | |
| General Accounts | — | |
| Retirement Accounts | | |

Security Mark
at Right





# Morgan Stanley

**CLIENT STATEMENT** | For the Period June 1-30, 2017



#BWNJGXM

0003024 04 AT 1.257 04 TR 00045 MSGDT162 100000

MICHAEL AGUIAR
PO BOX 16150
RUMFORD RI 02916



**Your Financial Advisor Team**
The Martin Group

Your Financial Advisors
Jeff Rodante
Senior Vice President
jeff.rodante@morganstanley.com

Derek Botelho
Derek.Botelho@morganstanley.com
401 863-8422

Your Branch
1 FINANCIAL PLAZA 19TH FL
PROVIDENCE, RI 02903
Telephone: 401-863-8400; Alt. Phone: 800-488-1241; Fax: 401-863-8420

**Client Service Center** (24 Hours a Day; 7 Days a Week): 800-869-3326

**Access Your Accounts Online:** www.morganstanley.com/online

422 - 097890 - 146 - 1 - C

# Morgan Stanley

**CLIENT STATEMENT** | For the Period June 1-30, 2017

## Consolidated Summary

ALLOCATION OF YOUR ACCOUNTS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL FOR ALL ACCOUNTS | $270,216 | $(11,401) | — | $2,063 | $260,879 | $880 | $(220) | $11,191 |
| | | | | | $1,335 | | | 247 |
| | | | | | | | | $247 |
| Total Personal Accounts | $29,692 | $(11,458) | — | $(286) | $17,997 | $38 | — | $1,927 |
| | | | | | | $50 | | |
| ROLLOVER IRA | | | | | | $841 | | |
| Total Retirement Accounts | $240,524 | $7 | — | $2,350 | $242,881 | $1,284 | $(220) | $9,016 |

This summary may include assets held in either brokerage and/or advisory accounts. Visit http://www.morganstanley.com/ourcommitment to understand the differences between brokerage and advisory accounts. Refer to individual Account Gain/(Loss) Summary and Expanded Disclosures for additional information. Accounts with no balances, holdings or activity year-to-date are not displayed on this page.

Security Mark
at Right

EXHIBIT 2



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

MICHAEL AGUIAR
   Vs.                                C.A. No.     2018 CA 007979 B
MORGAN STANLEY LLC

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                      Chief Judge Robert E. Morin

Case Assigned to: Judge ELIZABETH WINGO
Date:  November 14, 2018
Initial Conference: 9:30 am, Friday, March 01, 2019
Location:  Courtroom 518
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

## CIVIL COVER SHEET

JS-44 (Rev. 6/17 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Michael Aguiar<br>1499 Massachusetts Avenue, NW<br>Apartment 317<br>Washington, D.C. 20005 | Morgan Stanley Smith Barney, LLC.<br>2000 Westchester Avenue<br>Purchase, NY 10577-2530 |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Pro Se | ATTORNEYS (IF KNOWN)<br>Gilbert W. Boyce, Esq.<br>Jennifer M. Blunt, Esq.<br>Kutak Rock LLP<br>1625 Eye Street, NW, Suite 800, Washington D.C. 20006 |

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
◉ 4 Diversity (Indicate Citizenship of Parties in item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ◉ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ◉ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ⊠ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

Other Statutes
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**          OR          ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 27 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Conditions
☐ 560 Civil Detainee – Conditions of Confinement

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent – Abbreviated New Drug Application
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

Other Statutes
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 462 Naturalization Application
☐ 465 Other Immigration Actions
☐ 470 Racketeer Influenced & Corrupt Organization
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 850 Securities/Commodities/ Exchange
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ◉ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge   ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** **JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐   NO ☒ |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form |

DATE: _____12/21/18_____ | SIGNATURE OF ATTORNEY OF RECORD   /s/ Jennifer M. Blunt  Fed. Bar #470443

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed *only* if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of the case.

VI.  CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.